DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANDEL LAW GROUP, P.A.** and **ROBERTA G. MANDEL,**
Appellant,

v.

**LAMAR DEMEATRICE JACKSON,**
Appellee.

No. 4D2025-1708

[January 15, 2026]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. FMCE-23-005469.

Roberta G. Mandel of Mandel Law Group, P.A., Miami, for appellant.

Sean Lindsey of Lindsey Wilson, PLLC, Sarasota, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, KLINGENSMITH and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***